UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIR CASEY FLORES DAILEY LATOUR,

Plaintiff,

v.

A1 TOWING, et al.,

Defendants.

Case No. 25-cv-07580-JD

**ORDER RE DISMISSAL**

Re: Dkt. No. 2

Plaintiff, a former state prisoner, filed a civil rights action.  Court mail that the Clerk sent to plaintiff at his last known addresses was returned as undeliverable because plaintiff is no longer in custody.  Dkt. No. 7.  Plaintiff has not provided a current mailing address or otherwise communicated with the Court.  More than sixty days have passed since the mail was returned.  This case is dismissed without prejudice.  *See* Local R. 3-11(b).  The pending motion (Dkt. No. 2) is terminated.

**IT IS SO ORDERED.**

Dated: March 6, 2026

_____
JAMES DONATO
United States District Judge